(A. R. D. 90)

FRANK P. DOW CO., INC., OF L. A. *v.* UNITED STATES

Entry No. 19049.

Second Division, Appellate Term

(Order dated July 8, 1958)

Appellant not represented by counsel.
*George Cochran Doub*, Assistant Attorney General (*Daniel I. Auster* trial attorney), for the appellee.

Before LAWRENCE, RAO, and FORD, Judges

## ORDER

Upon reading and filing the motion to dismiss appellant's application for review and the memorandum in support thereof, filed by George Cochran Doub, Assistant Attorney General, by Richard E. FitzGibbon, Chief, Customs Section, and upon consideration thereof, it is hereby

ORDERED that the said motion be, and the same is, in all respects granted.

I<small>T</small> I<small>S</small> F<small>URTHER</small> O<small>RDERED</small> that the said application for review be, and hereby is, dismissed.